Certificate Number: 16339-GAN-DE-040381453

Bankruptcy Case Number: 25-11656



16339-GAN-DE-040381453

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2025</u>, at <u>5:26</u> o'clock <u>AM EST</u>, <u>Ashia Billings</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:   December 5, 2025                By:   /s/Kris Krumal

                                        Name:  Kris Krumal

                                        Title:  Certified Financial Counselor