IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-11656-pmb |
| | ) | |
| ASHIA EVETTE BILLINGS, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |
| | ) | |

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION
TO DISMISS PURSUANT TO § 707 AND OBJECT TO THE DISCHARGE
OF THE DEBTOR PURSUANT TO § 727**

COMES NOW Griffin E. Howell, III, the Interim Chapter 7 Trustee for the Bankruptcy Estate of Ashia Evette Billings ("Trustee"), pursuant to Fed.R.Bankr.P. 1017(e) and 4004(b), who moves this Court for an order extending the deadlines for the Chapter 7 Trustee and United States Trustee to file a motion to dismiss pursuant to § 707 of the Bankruptcy Code and any complaint to object to discharge of the debtor pursuant to § 727 of the Bankruptcy Code. In support thereof, the Trustee shows the Court as follows:

1.

On November 3, 2025, Ashia Evette Billings (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, with said case being assigned case number 25-11656.

2.

The initial §341(a) meeting on December 5, 2025 was held and concluded.

3.

The current deadline for filing Objections to Discharge will expire on February 3, 2026.

4.

As Trustee will need additional time to investigate Debtor's father's Probate Estate,

Trustee is requesting an extension of said deadline to August 3, 2026.

WHEREFORE, the Trustee requests that the Court enter an order extending the deadlines for the Chapter 7 Trustee and United States Trustee to file a motion to dismiss under § 707 or a complaint objecting to the discharge under § 727 through and including August 3, 2026.

        Respectfully submitted,

        GRIFFIN E. HOWELL, III & ASSOC., LTD.

By:   */s/ Griffin E. Howell, III*
        Griffin E. Howell, III
        GA BAR NO. 372225
        Chapter 7 Trustee

113 E. Solomon Street
P.O. Box 2271
Griffin, GA  30224
Ph: (770) 227-4015
newhow@bellsouth.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 25-11656-pmb |
| | ) |
| ASHIA EVETTE BILLINGS, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) JUDGE BAISIER |
| _____ | ) |

**NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO §707 AND OBJECT TO THE DISCHARGE OF THE DEBTOR PURSUANT TO §727, DEADLINE TO OBJECT AND HEARING**

  Griffin E. Howell, III, has filed a *Motion For Extension of Time to File a Motion to Dismiss Pursuant to §707 and Object to the Discharge of the Debtor Pursuant to §727* on February 3, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, 18 Greenville Street, 2nd Floor, Newnan, Georgia, 30263, and serve a copy on the Trustee, Griffin E. Howell, III, Griffin E. Howell, III & Assoc., Ltd., P.O. Box 2271, Griffin, GA, 30224, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

  A hearing on the pleading has been scheduled for **March 11, 2026**. The Court will hold a hearing on the *Motion For Extension of Time to File a Motion to Dismiss Pursuant to §707 and Object to the Discharge of the Debtor Pursuant to §727* at **11:15 A.M.** on **March 11, 2026** in the 2nd Floor Courtroom, in the Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia, 30263, which must be attended in person, unless the Court orders otherwise.

  If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this banruptcy case.  If you do not have an attorney, you may wish to consult one.

Dated: <u>February 3, 2026</u>

                                Respectfully submitted,

                                GRIFFIN E. HOWELL, III & ASSOC., LTD.

                By:   <u>/s/ *Griffin E. Howell, III*</u>
                                Griffin E. Howell, III
                                GA BAR NO. 372225
                                Chapter 7 Trustee

113 E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph: (770) 227-4015
newhow@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3 day of February 2026, I electronically filed the foregoing *Trustee's Motion for Extension of Time to File a Motion to Dismiss Pursuant to § 707 and Object to the Discharge of the Debtor Pursuant to § 727* and *Notice of Motion, Deadline to Object and Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
E. L. Clark    cwatlantabk@gmail.com
Matthew Franklin Totten    mft@tottenfirm.com, jet@tottenfirm.com

      I further certify that on this day I caused a copy of this document to be served via United States first class mail, with adequate postage prepaid on the following parties at the address shown for each:

Ashia Evette Billings
2040 Club Bay Drive
Villa Rica, GA 30180

Dated: 2/3/2026

                Respectfully submitted,

                GRIFFIN E. HOWELL, III & ASSOC., LTD.

                By:   */s/ Griffin E. Howell, III*
                      Griffin E. Howell, III
                      GA BAR NO. 372225
                      Chapter 7 Trustee

113 E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph: (770) 227-4015
newhow@bellsouth.net