

**IT IS ORDERED as set forth below:**

Date: **February 6, 2026**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**
**Signed as Revised by the Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. |
| Ashia Evette Billings, | 25-11656-pmb |
| Debtor. | CHAPTER 7 |
| | |
| HomeRiver – IAG a/a/f 510 SFR GA Operations I LLC | |
| Movant. | CONTESTED MATTER |
| V. | |
| Ashia Evette Billings, Debtor, | |
| Griffin E. Howell III, Trustee | |
| Respondents. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On January 12, 2026, HomeRiver – IAG a/a/f 510 SFR GA Operations I LLC,

1

(hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 12) (the "Motion"). The Motion concerns rented real property known as 261 Augusta Woods Dr, Villa Rica, GA 30180 (the "Property").

IT IS FURTHER APPEARING that (1) notice of the opportunity to object and for the hearing, scheduled for February 11, 2026, was provided pursuant to the procedures in the Fifth Amended and Restated General Order No. 24-2018 and that no objections to the Motion was filed prior to the objection deadline, (2) the Court has considered the Motion and all other matters of record, including the lack of objections thereto, and (3) based on the forgoing, no further notice or hearing is required and the Court finds the good cause exists to grant the relief requested in the Motion. It is hereby

**ORDERED** the Court GRANTS Movant relief from the automatic stay to proceed with a Dispossessory Action and judgment to obtain possession of the Property. It is hereby further

**ORDERED** that Movant may obtain a judgment for the postpetition occupancy of the Property by the Debtor within the course of a dispossessory action to recover possession of the Property, provided that Movant is not permitted to pursue any collection of any such judgment from to property of the bankruptcy estate or any property that the Debtor has exempted under 11 U.S.C. s. 522(b).  And it is further

**ORDERED** that the automatic stay of 11 U.S.C. s. 362(a) shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the lease.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

E. L. Clark
Clark & Washington,
Bldg. 3, 3300 Northeast Expwy
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Griffin E. Howell, III
Griffin E. Howell, III & Associates, Ltd.
113 E. Solomon Street
PO Box 2271
Griffin, GA 30224

Ashia Evette Billings
261 Augusta Woods Dr
Villa Rica GA 30180

Ashia Evette Billings
2040 Club Bay Drive
Villa Rica GA 30180