

**IT IS ORDERED as set forth below:**

**Date: February 26, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-11656-pmb |
| | ) | |
| ASHIA EVETTE BILLINGS, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |
| | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707 AND OBJECT TO THE DISCHARGE OF THE DEBTOR PURSUANT TO § 727**

Coming before the Court was the Chapter 7 Trustee's *Motion for Extension of Time to File a Motion to Dismiss Pursuant to § 707 and Object to the Discharge of the Debtor Pursuant to § 727* (the "Motion") [Docket No. 14] filed on February 3, 2026, with said Motion seeking an extension of time for the Chapter 7 Trustee and the United States Trustee to file a motion to dismiss pursuant to § 707 or a complaint objecting to the discharge under § 727, through and including August 3, 2026.

Notice of the opportunity to object and for hearing, scheduled for March 11, 2026 was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all other matters of record, including the lack of objection thereto.

Based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion.

   **THEREFORE, IT IS HEREBY ORDERED** the deadline for the Chapter 7 Trustee and the United States Trustee to file a motion to dismiss pursuant to § 707 or a complaint objecting to the discharge pursuant to § 727 is hereby extended through and including August 3, 2026.

### END OF DOCUMENT

Prepared and presented by:


*/s/ Griffin E. Howell, III*
Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO.: 372225
113 E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph: (770) 227-4015
newhow@bellsouth.net

### PARTIES TO BE SERVED


**U.S. Trustee**
Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA   30303

**Debtor's Attorney**
E. L. Clark
Clark & Washington, LLC
3300 Northeast Expwy., Bldg. 3
Atlanta, GA 30341

**Chapter 7 Trustee**
Griffin E. Howell, III
Chapter 7 Trustee
P.O. Box 2271
Griffin, GA   30224

**Debtor**
Ashia Evette Billings
2040 Club Bay Drive
Villa Rica, GA 30180