

**IT IS ORDERED as set forth below:**

**Date: February 26, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-11656-pmb |
| | ) | |
| ASHIA EVETTE BILLINGS, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |
| _____ | )__ | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707 AND OBJECT TO THE DISCHARGE OF THE DEBTOR PURSUANT TO § 727

Coming before the Court was the Chapter 7 Trustee's *Motion for Extension of Time to File a Motion to Dismiss Pursuant to § 707 and Object to the Discharge of the Debtor Pursuant to § 727* (the "Motion") [Docket No. 14] filed on February 3, 2026, with said Motion seeking an extension of time for the Chapter 7 Trustee and the United States Trustee to file a motion to dismiss pursuant to § 707 or a complaint objecting to the discharge under § 727, through and including August 3, 2026.

Notice of the opportunity to object and for hearing, scheduled for March 11, 2026 was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all other matters of record, including the lack of objection thereto.

Based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED** the deadline for the Chapter 7 Trustee and the United States Trustee to file a motion to dismiss pursuant to § 707 or a complaint objecting to the discharge pursuant to § 727 is hereby extended through and including August 3, 2026.

**END OF DOCUMENT**

Prepared and presented by:


_/s/ Griffin E. Howell, III_
Griffin E. Howell, III
Chapter 7 Trustee
GA BAR NO.: 372225
113 E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph: (770) 227-4015
newhow@bellsouth.net

**PARTIES TO BE SERVED**

**U.S. Trustee**
Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA   30303

**Debtor's Attorney**
E. L. Clark
Clark & Washington, LLC
3300 Northeast Expwy., Bldg. 3
Atlanta, GA 30341

**Chapter 7 Trustee**
Griffin E. Howell, III
Chapter 7 Trustee
P.O. Box 2271
Griffin, GA   30224

**Debtor**
Ashia Evette Billings
2040 Club Bay Drive
Villa Rica, GA 30180

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-11656-pmb

Ashia Evette Billings                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7 | User: bncadmin | Page 1 of 1
--- | --- | ---
Date Rcvd: Feb 26, 2026 | Form ID: pdf406 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID**          **Recipient Name and Address**
db                  +  Ashia Evette Billings, 2040 Club Bay Drive, Villa Rica, GA 30180-5138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

**Name**          **Email Address**

E. L. Clark
          on behalf of Debtor Ashia Evette Billings cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com

Griffin E. Howell, III
          newhow@bellsouth.net  ghowell@ecf.axosfs.com

Matthew Franklin Totten
          on behalf of Creditor Home River - IAG a/a/f 510 SFR GA Operations I LLC mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
          ustpregion21.at.ecf@usdoj.gov

TOTAL: 4