**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

CASE NAME:          **Ashia Evette Billings**

CASE NUMBER:        25-11656-pmb

CASE CHAPTER:       7

NEW ADDRESS:        185 Lake Connie Rd
                    Carrolton, GA 30116

 I certify that I have this date served the following in the foregoing matter with a copy of this Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

New Address:  **Ashia Evette Billings**
              185 Lake Connie Rd
              Carrolton, GA 30116

Old Address:  **Ashia Evette Billings**
              2040 Club Bay Dr,
              Villa Rica GA 30180

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Date: 7/14/2026

___/s/_____
Richard H. Thomson, GA Bar # 710264
Attorney for the Debtor