IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-11656-pmb |
| | ) | |
| ASHIA EVETTE BILLINGS, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | JUDGE BAISIER |
| | ) | |

**WITHDRAWAL OF TRUSTEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707 AND OBJECT TO THE DISCHARGE OF THE DEBTOR PURSUANT TO § 727**

COMES NOW, Griffin E. Howell, III, Trustee in the above-styled case, and withdraws his Second Motion for Extension of Time to File a Motion to Dismiss Pursuant to § 707 and Object to the Discharge of the Debtor Pursuant to § 727 [the "Motion"] filed electronically on July 28, 2026 [Docket No. 20].

This 16 day of September 2026.

Respectfully submitted,

*/s/ Griffin E. Howell, III*
Griffin E. Howell, III
GA BAR NO. 372225
Chapter 7 Trustee

113 E. Solomon Street
P.O. Box 2271
Griffin, GA 30224
Ph: (770) 227-4015
newhow@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of September 2026, I electronically filed the foregoing *Withdrawal of Trustee's Second Motion For Extension of Time to File a Motion to Dismiss Pursuant to §707 and Object to the Discharge of the Debtor Pursuant to §727* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov
- E. L. Clark cwatlantabk@gmail.com, clarkwash@ecf.courtdrive.com
- Matthew Franklin Totten mft@tottenfirm.com, jet@tottenfirm.com, mtots@recap.email

I further certify that on this day I caused a copy of this document to be served via United States first class mail, with adequate postage prepaid on the following parties at the address shown for each:

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ashia Evette Billings
185 Lake Connie Rd
Carrollton, GA 30116

Dated: 9/16/2026

Respectfully submitted,

*/s/ Griffin E. Howell, III*
Griffin E. Howell, III
GA BAR NO. 372225
Chapter 7 Trustee

113 E. Solomon Street
P.O. Box 2271
Griffin, GA 30224
Ph: (770) 227-4015
newhow@bellsouth.net